

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00812-CV

**Brightwater Homeowners Association**

**v.**

**Fabian A. Baca and Mariela Baca**

NO. 13-DCV-203592 IN THE 268TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/20/2014 | E-PAID | ANT |
| CLK RECORD | $99.00 | 11/14/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/14/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/01/2013 | E-PAID | ANT |
| FILING | $175.00 | 10/01/2013 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 10/01/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $314.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this January 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**